NOT FOR PUBLICATION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Fabiola Ordonez, | No. CV-14-02581-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Credit Protection Association LP, | |
| Defendant. | |

UPON stipulation of the parties (Doc. 13), and good cause appearing,

IT IS ORDERED that the above-entitled matter is hereby dismissed with prejudice, the parties to bear their own costs and attorneys' fees.

Dated this 27th day of April, 2015.

Honorable John J. Tuchi
United States District Judge